THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Rick Parent,

Plaintiff,

vs.

Metropolitan Life Insurance Company,

Defendant.

Court File No. 01-CV-2211
JMR/FLN

**AMENDED PRETRIAL SCHEDULING ORDER**

---

This Order amends the April 11, 2002, pretrial schedule to allow summary judgment motions to be filed by October 2002. This amendment of 1(h) is the only change in the pretrial schedule of April 11, 2002.

BY THE COURT

Dated: Aug 21, 2002

FRANKLIN L. NOEL
United States Magistrate Judge

FILED 8-22-2
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____