THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Rick Parent,

Plaintiff,

vs.

Metropolitan Life Insurance Company,

Defendant.

Court File No. 01-CV-2211
JMR/FLN

**STIPULATION AND ORDER FOR PARTIAL DISMISSAL AND AMENDMENT OF SCHEDULING ORDER**

---

WHEREAS, plaintiff Rick Parent brought a lawsuit against defendant Metropolitan Life Insurance Company ("MetLife") asserting MetLife improperly denied plaintiff disability benefits under the Risk Management Alternatives, Holdings Group Short-Term and Long-Term Disability Plans administered by MetLife;

WHEREAS, the benefit plans are governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et. seq.*;

WHEREAS, the parties dispute whether plaintiff is entitled to disability benefits;

WHEREAS, the parties have resolved the dispute regarding plaintiff's claim for short-term disability benefits;

WHEREAS, the parties dispute whether plaintiff's lawsuit properly includes a claim for long-term disability benefits in addition to short-term disability benefits and;

WHEREAS, ERISA requires the plaintiff to exhaust his administrative remedies, including submitting his claim for long-term disability benefits for MetLife's consideration;

WHEREAS, the purpose for requiring the exhaustion of administrative remedies when seeking benefits from an ERISA plan includes reducing the number of frivolous lawsuits, promoting the consistent treatment of claimants, providing a non-adversarial method for settling

FILED
RICHARD D. SLETTEN, CLERK
10-17-2
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

claims, minimizing the cost of claims settlement for all concerned, and to help assemble a factual record which will assist a court in reviewing the fiduciaries' actions;

THE PARTIES TO THIS ACTION HEREBY STIPULATE AS FOLLOWS:

1. To dismiss plaintiff's claim for short-term disability benefits under the Risk Alternatives, Holdings Group Short-Term Disability Plan and remand this matter to MetLife for review and consideration of plaintiff's claim for long-term disability benefits under the Risk Alternatives, Holdings Group Long-Term Disability Plan.

2. To amend the Scheduling Order by deleting section 1(h) only, which was previously amended to include an October 2002 deadline for bringing summary judgment motions prior to beginning discovery. The parties agree to the other deadlines, including section 3(a), which requires dispositive motions to be heard by May 1, 2003. Under the current Order, the parties can proceed with discovery as allowed under the Rules of Civil Procedure and the law applicable to this case.

3. That plaintiff agrees to provide any information needed by MetLife for its consideration of his long-term disability claim, including but not limited to, authorizations allowing release of all his medical and employment information, copies of medical and employment records, and his submitting to a medical examination as arranged by MetLife per the parties' agreement;

4. That upon receipt of the necessary documentation and medical examination, MetLife will assess plaintiff's long-term disability claim and timely notify plaintiff of its determination, which will be final; this determination will be made by such time that if benefits are denied, the parties can proceed to a hearing on

cross motions for summary judgment regarding plaintiff's claim for long-term disability benefits by May 1, 2003;

5. That all the documents MetLife reviews for consideration of the long-term disability claim, including medical records and reports from plaintiff's treating physicians and information provided to MetLife by the medical examiner it selects to evaluate plaintiff's medical and employment situation, shall be part of the administrative record applicable to this lawsuit;

6. That the court shall continue to have jurisdiction over this matter with respect to the plaintiff's long-term disability claim and MetLife's review of that claim.

**RICK PARENT**, through his counsel,

Kathryn Hipp Carlson, Esq. (242020)
MILLER & HIPP, P.L.L.P.
111 Third Avenue South, Suite 240
Minneapolis, MN 55401
(612) 333-8600

DATED: 9-30, 2002

**METROPOLITAL LIFE INSURANCE COMPANY**, by its counsel,

Doreen A. Mohs (249968)
RIDER, BENNETT, EGAN & ARUNDEL, LLP
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
(612) 340-8979

DATED: September 30, 2002

**ORDER FOR PARTIAL DISMISSAL AND AMENDMENT TO SCHEDULING ORDER**

IT IS HEREBY ORDERED pursuant to the foregoing Stipulation, that:

1. Plaintiff's short-term disability claim is dismissed from the above-entitled action;

2. The Scheduling Order is amended to delete section 1(h) only, thus requiring parties to bring dispositive motions by May 1, 2003 as provided in section 3(a).

3. The court shall retain jurisdiction over this matter as agreed to by the parties such that if necessary, it will review MetLife's decision regarding plaintiff's long-term disability claim based upon the record reviewed by the claims administrator, including any documents and reports that are created following plaintiff's filing of this lawsuit.

BY THE COURT:

Dated: October 16th, 2002

~~Honorable Franklin L. Noel~~
~~Judge of United States District Court~~
~~District of Minnesota~~
HONORABLE JAMES M. ROSENBAUM,
CHIEF JUDGE OF U.S. DISTRICT COURT