THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Rick Parent,

Plaintiff,

vs.

Metropolitan Life Insurance Company,

Defendant.

Court File No. 01-CV-2211 JMR/FLN

**STIPULATION AND ORDER FOR DISMISSAL AND ORDER**

THE PARTIES TO THIS ACTION HEREBY STIPULATE through their respective counsel that any and all of Plaintiff's claims against Metropolitan Life Insurance Company to date may be and hereby are dismissed with prejudice and on the merits, but without further costs or fees to any of the parties.

DATED: Feb 11, 2003

**RICK PARENT**, through his counsel,

Kathryn Hipp Carlson, Esq. (242020)
MILLER & CARLSON, P.L.L.P.
111 Third Avenue South, Suite 240
Minneapolis, MN 55401
(612) 333-8600

DATED: February 12, 2003

**METROPOLITAL LIFE INSURANCE COMPANY**, by its counsel,

Doreen A. Mohs (249968)
RIDER, BENNETT, EGAN & ARUNDEL, LLP
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
(612) 340-8979

948362-1

FILED 2-14-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

**ORDER**

Pursuant to the foregoing Stipulation, Plaintiff's claims against Metropolitan Life Insurance Company are hereby dismissed with prejudice and without further costs or fees to any party.

BY THE COURT:

DATED: February 13, 2003

The Honorable James M. Rosenbaum,
Chief Judge of United States District Court
District of Minnesota